IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MORRIS PREWITT,** | : |
| Petitioner, | : |
| v. | :  **CIVIL ACTION 15-0536-KD-M** |
| **STATE OF ALABAMA,** | : |
| Respondent. | : |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be transferred to the United States District Court for the Northern District of Alabama for further proceedings.

DONE this 10th day of December 2015.


s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE