IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| MORRIS PREWITT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 7:15-cv-2258-KOB-TMP |
| ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM OPINION**

The magistrate judge filed his report and recommendation on June 14, 2016, recommending dismissal of petitioner's 28 U.S.C. § 2254 petition for *habeas corpus* relief. (Doc. 13). Petitioner, through the assistance of an inmate law clerk, filed objections, titled as an opposition, to the report and recommendation. (Doc. 14).

Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation and the objections, the court finds that the magistrate judge's report is due to be ADOPTED and the recommendation ACCEPTED.

The court, therefore, finds that the claim for *habeas corpus* relief pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be DISMISSED WITH PREJUDICE as time-barred.

DONE and ORDERED this 6th day of July, 2016.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE